**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 17-22648 - B - 13
Donald George Treco,           ) Docket Control No. JPJ-1
              Debtor.          ) Document No. 87
                               ) Date: 01/30/2018
                               ) Time: 1:00 PM
                               ) DEPT: B
```

**Order**

The motion is ORDERED DENIED WITHOUT PREJUDICE for reasons stated in the ruling in the minutes.

**Dated:** January 31, 2018

                                              Christopher D. Jaime, Judge
                                              United States Bankruptcy Court

[87] - Motion/Application to Dismiss Case [JPJ-1] Filed by Trustee Jan P. Johnson (ltas)