**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                         ) Case No. 17-22648 - B - 13
Donald George Treco,          ) Docket Control No. RAH-7
              Debtor.         ) Document No. 109
                              ) Date: 03/13/2018
                              ) Time: 1:00 PM
                              ) DEPT: B
```

**Order**

The motion is ORDERED DENIED AS MOOT for reasons stated in the ruling in the minutes.

**Dated:** March 15, 2018

Christopher D. Jaime, Judge
United States Bankruptcy Court

[109] - Motion/Application to Confirm Chapter 13 Plan [RAH-7] Filed by Debtor Donald George Treco
(cjim)