Richard A. Hall - SBN: 135483
BottomLine Lawyers
Box 237
Auburn, CA 95604-0237
Ph: (530) 888-7100
Fax: (866) 305-1238

Attorney for Debtor,
Donald George Treco

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DONALD GEORGE TRECO<br><br>, debtor | Case No. 2017-22648<br>DCN: RAH-010<br>Chapter 13<br>Hearing Date: May 1, 2018<br>Hearing Time: 1:00 p.m.<br>Hon. Christopher Jaime<br>Courtroom 32 - Dept B |

## ORDER CONFIRMING THIRD AMENDED PLAN DATED MARCH 9, 2018

The Third Amended Chapter 13 Plan Dated March 9, 2018, as filed on behalf of the above-named Debtor, has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtors' Plan satisfies the requirements of 11 U.S.C. §1322, 1323, and 1325(a).

**IT IS ORDERED** that the Debtors Third Amended Chapter 13 Plan Dated March 9, 2018 is confirmed.

**IT IS FURTHER ORDERED** that:

1. Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and, the Trustee, of any change in the Debtors address;

RECEIVED
May 14, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006280612

2. The Debtor shall immediately notify the Trustee in writing of any termination, reduction of or other change in the employment of the Debtor; and

3. The Debtor shall appear in Court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the Attorney's fees for the Debtors' Attorney in the full amount of $4,000.00 are approved, $500.00 of which was paid prior to the filing of the petition. The balance of $3,500.00, provided that the Attorney and the Debtors have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the Trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that the Third Amended Chapter 13 Plan Dated March 9, 2018 is modified to include $90.00 per month for attorney's fees and other administrative expenses.

_____
Jan P. Johnson, Trustee
Approved by the Chapter 13 Trustee as to form.
Kristen Koo, Attorney for Trustee

**Dated:** May 15, 2018

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court

Order Confirming Plan                      2